

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2018

No. 04-18-00097-CR

Ruben Gian Antonio **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5998W
The Honorable Joey Contreras, Judge Presiding

## O R D E R

Court reporter, Letitia Moncivais, has filed a volume of the reporter's record and a request to file that volume of the reporter's record late. The request is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court